# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-8581 MRW | Date | March 15, 2016 |
| Title | United Van Lines v. Montoya | | |

Present: The Honorable **Michael R. Wilner**

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**     ORDER DISMISSING ACTION WITHOUT PREJUDICE

    1.    Plaintiff failed to file a proof of service of the summons and complaint upon a defendant within the time specified under Federal Rule of Civil Procedure 4. Additionally, Plaintiff neither responded to a recent Court order (Docket # 11) nor filed a proper request to extend the time to effect service.

    2.    Pursuant to Federal Rule of Civil Procedure 4(m) and 41, the Court DISMISSES this action without prejudice for failure to serve the action in a timely manner and for failing to comply with a court order.